IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>LONG CREEK FIRE PROTECTION INC<br><br>Debtor | Case No. 24-40185<br>Chapter 7 |

## REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Report of Sale as follows:

1. Pursuant to the *Order Granting Trustee's Motion to Approve Sale of Debtor's Personal Property by Auction* entered on April 9, 2024 [Dkt #17], the Trustee's duly employed auctioneer, Rosen Systems, Inc. ("Rosen"), conducted an online sale of the Debtor's equipment, office furniture and equipment, 1999 Forklift, and 2016 GMC 2500 from April 2, 2024 through April 9, 2024. A copy of the high bidders is attached hereto as Exhibit "A".

2. The sale brought a total of $42,486.27, including a buyer's premium of $3,862.39. The items sold and prices are also listed on Exhibit "A". The Trustee has received the gross proceeds of $38,623.88 (not including the buyer's premium).

3. The Order Granting Application to Employ Rosen Systems, Inc. as Auctioneer authorized Rosen to collect and retain a 10% buyer's premium on sales of estate property. Accordingly, Rosen has collected a total of $3,862.39 as a buyer's premium.

4. The expenses connected with this sale are itemized on Exhibit "B" and will be subject to a formal request for reimbursement in the immediate future.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Report of Sale.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com

CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the Office of the U.S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on this the 9th day of May 2024.

/s/ Mark A. Weisbart
Mark A. Weisbart



| Invoice # | Bidder # | User ID | Buyer | Bid Total | Premium | Expenses | Payment Surcharge | Tax | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| 798-1218-1 | 1218 | 113645 | Ted Neely (1218)<br>P.O.Box 7422 Fort worth tx 76111<br>Fort Worth, Texas<br>76111 | $2,166.07 | $216.61 | $0.00 | $0.00 | $0.00 | Total:<br>Payments:<br>Due: | $2,382.68<br>$2,382.68<br>**$0.00** |
| 798-1245-1 | 1245 | 113724 | Dave Murphy (1245)<br>5700 E Belknap St<br>Haltom City, Texas<br>76117 | $49.00 | $4.90 | $0.00 | $0.00 | $4.44 | Total:<br>Payments:<br>Due: | $58.34<br>$58.34<br>**$0.00** |
| 798-1483-1 | 1483 | 118631 | Michael Koster (1483)<br>6080 water St 1529<br>Plano, Texas<br>75024 | $4,273.22 | $427.32 | $0.00 | $0.00 | $0.00 | Total:<br>Payments:<br>Due: | $4,700.54<br>$4,700.54<br>**$0.00** |
| 798-1607-1 | 1607 | 119564 | Paul Johnston (1607)<br>620 Arcadia Way<br>Rockwall, Texas<br>75087 | $1.00 | $0.10 | $0.00 | $0.00 | $0.09 | Total:<br>Payments:<br>Due: | $1.19<br>$1.19<br>**$0.00** |
| 798-1640-1 | 1640 | 120328 | Brian Erbe (1640)<br>1541 MARIPOSA DRIVE<br>Mesquite, Texas<br>75150 | $365.00 | $36.50 | $0.00 | $0.00 | $33.12 | Total:<br>Payments:<br>Due: | $434.62<br>$434.62<br>**$0.00** |
| 798-1654-1 | 1654 | 120397 | Bill Krumm (1654)<br>P O Box 2093<br>Crystal Beach, Texas<br>77650 | $187.00 | $18.70 | $0.00 | $0.00 | $16.96 | Total:<br>Payments:<br>Due: | $222.66<br>$222.66<br>**$0.00** |
| 798-1683-1 | 1683 | 120564 | Iyad Maizar (1683)<br>343 N Bowen Rd<br>ARLINGTON, Texas<br>76012 | $25.00 | $2.50 | $0.00 | $0.00 | $2.27 | Total:<br>Payments:<br>Due: | $29.77<br>$29.77<br>**$0.00** |
| 798-1846-1 | 1846 | 121138 | Alonzo Valencia (1846)<br>1601 SKYVIEW DR<br>Irving, Texas<br>75060-4711 | $197.00 | $19.70 | $7.04 | $0.00 | $17.88 | Total:<br>Payments:<br>Due: | $241.62<br>$241.62<br>**$0.00** |
| 798-2216-1 | 2216 | 273321 | Jacob Woodlee (2216)<br>4522 Merlin Dr<br>Garland, Texas<br>75043 | $275.00 | $27.50 | $0.00 | $0.00 | $24.96 | Total:<br>Payments:<br>Due: | $327.46<br>$327.46<br>**$0.00** |
| 798-2552-1 | 2552 | 322885 | JOHN MCCAFFERTY (2552)<br>1805 john connally dr<br>Carrollton, Texas<br>75006 | $50.00 | $5.00 | $0.00 | $0.00 | $0.00 | Total:<br>Payments:<br>Due: | $55.00<br>$55.00<br>**$0.00** |
| 798-2724-1 | 2724 | 362659 | Rod Deisler (2724)<br>12600 Fm 2932<br>Forney, Texas<br>75126 | $1,006.00 | $100.60 | $0.00 | $0.00 | $0.00 | Total:<br>Payments:<br>Due: | $1,106.60<br>$1,106.60<br>**$0.00** |
| 798-2878-1 | 2878 | 383873 | James Scott (2878)<br>3211 FM 66<br>Waxahachie, Texas<br>75167 | $242.00 | $24.20 | $0.00 | $0.00 | $21.95 | Total:<br>Payments:<br>Due: | $288.15<br>$288.15<br>**$0.00** |
| 798-3055-1 | 3055 | 407718 | Keith Chandler (3055)<br>250 Timberleaf Dr | $180.00 | $18.00 | $0.00 | $0.00 | $0.00 | Total: | $198.00 |

Exhibit "A"



| Invoice # | Bidder # | User ID | Buyer | Bid Total | Premium | Expenses | Payment Surcharge | Tax | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lewisville, Texas 75077 | | | | | | Payments: | $198.00 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3334-1 | 3334 | 430138 | Eduardo Velasquez (3334) 2320 french st Fate, Texas 75189 | $36.00 | $3.60 | $0.00 | $0.00 | $3.27 | Total: | $42.87 |
| | | | | | | | | | Payments: | $42.87 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3566-1 | 3566 | 437476 | Gene Plunk (3566) po box 3162 5203 north midland drive Midland, Texas 79702 | $20.00 | $2.00 | $0.66 | $0.00 | $0.00 | Total: | $22.66 |
| | | | | | | | | | Payments: | $22.66 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3582-1 | 3582 | 438075 | Chris Sanchez (3582) 104 High end Ct. Waxahachie, Texas 75165 | $7,600.00 | $760.00 | $30.00 | $0.00 | $0.00 | Total: | $8,390.00 |
| | | | | | | | | | Payments: | $8,390.00 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3704-1 | 3704 | 440113 | Ann Word (3704) 7140 CR 313 Alvarado, Texas 76009-3022 | $55.00 | $5.50 | $0.00 | $0.00 | $4.99 | Total: | $65.49 |
| | | | | | | | | | Payments: | $65.49 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3908-1 | 3908 | 454362 | Marc Johnson (3908) 5941 Posey Ln Haltom City, Texas 76117-5238 | $4,201.01 | $420.10 | $0.00 | $0.00 | $381.22 | Total: | $5,002.33 |
| | | | | | | | | | Payments: | $5,002.33 |
| | | | | | | | | | Due: | **$0.00** |
| 798-3921-1 | 3921 | 455279 | Robert Herold (3921) 133 Bugle Call Forney, Texas 75126 | $42.00 | $4.20 | $0.00 | $0.00 | $3.80 | Total: | $50.00 |
| | | | | | | | | | Payments: | $50.00 |
| | | | | | | | | | Due: | **$0.00** |
| 798-4845-1 | 4845 | 509450 | DAWAYNE PACE (4845) 2519 NE 36TH STREET Fort Worth, Texas 76111 | $86.50 | $8.65 | $0.00 | $0.00 | $7.85 | Total: | $103.00 |
| | | | | | | | | | Payments: | $103.00 |
| | | | | | | | | | Due: | **$0.00** |
| 798-4948-1 | 4948 | 513468 | Scott eicke (4948) 804 RUTH LN Hurst, Texas 76053 | $138.00 | $13.80 | $4.93 | $0.00 | $12.52 | Total: | $169.25 |
| | | | | | | | | | Payments: | $169.25 |
| | | | | | | | | | Due: | **$0.00** |
| 798-6289-1 | 6289 | 514809 | Jonathan Wasden (6289) 325 Bayberry Dr. Rockwall, Texas 75087 | $864.00 | $86.40 | $0.00 | $0.00 | $78.44 | Total: | $1,028.84 |
| | | | | | | | | | Payments: | $1,028.84 |
| | | | | | | | | | Due: | **$0.00** |
| 798-6580-1 | 6580 | 515100 | Bradley Robinson (6580) 1402 Fairfield Dr Forney, Texas 75126 | $1,909.00 | $190.90 | $0.00 | $0.00 | $173.24 | Total: | $2,273.14 |
| | | | | | | | | | Payments: | $2,273.14 |
| | | | | | | | | | Due: | **$0.00** |
| 798-6592-1 | 6592 | 515112 | Nathan Swanson (6592) 521 Harding Lane Lavon, Texas 75166 | $410.00 | $41.00 | $0.00 | $0.00 | $37.20 | Total: | $488.20 |
| | | | | | | | | | Payments: | $488.20 |
| | | | | | | | | | Due: | **$0.00** |
| 798-6646-1 | 6646 | 515166 | Garland Kubecka (6646) 2350 Old Louetta Loop #126 Spring, Texas 77388 | $8,163.00 | $816.30 | $0.00 | $0.00 | $740.76 | Total: | $9,720.06 |
| | | | | | | | | | Payments: | $9,720.06 |
| | | | | | | | | | Due: | **$0.00** |

Exhibit "A"



**Buyer Summary for Long Creek Fire Protection Inc BK #24-40185 (4/9/2024)**

| Invoice # | Bidder # | User ID | Buyer | Bid Total | Premium | Expenses | Payment Surcharge | Tax | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| 798-6834-1 | 6834 | 515355 | Johnny Fernandez (6834)<br>8329 Lake rd<br>Mansfield, Texas<br>76063 | $627.11 | $62.71 | $0.00 | $0.00 | $56.93 | Total:<br>Payments:<br>Due: | $746.75<br>$746.75<br>**$0.00** |
| 798-6835-1 | 6835 | 515356 | Stephen Miller (6835)<br>6265 Lemon Rd.<br>Gilmer, Texas<br>75644 | $4,600.00 | $460.00 | $0.00 | $0.00 | $0.00 | Total:<br>Payments:<br>Due: | $5,060.00<br>$5,060.00<br>**$0.00** |
| 798-6836-1 | 6836 | 515357 | Raymond Zachary (6836)<br>409 Rosewood Hills Dr<br>409 Rosewood Hills Dr<br>Garland, Texas<br>75040 | $330.00 | $33.00 | $0.00 | $0.00 | $29.95 | Total:<br>Payments:<br>Due: | $392.95<br>$392.95<br>**$0.00** |
| 798-6842-1 | 6842 | 515363 | Bobby Chase (6842)<br>200 Creekview Terrace<br>Aledo, Texas<br>76008 | $400.00 | $40.00 | $14.29 | $0.00 | $36.30 | Total:<br>Payments:<br>Due: | $490.59<br>$490.59<br>**$0.00** |
| 798-6900-1 | 6900 | 515421 | Cash Sale (6900)<br>, Texas | $125.97 | $12.60 | $0.00 | $0.00 | $11.43 | Total:<br>Payments:<br>Due: | $150.00<br>$150.00<br>**$0.00** |
| | | **Totals:** | | $38,623.88 | $3,862.39 | $56.92 | $0.00 | $1,699.57 | $0.00 | |

Exhibit "A"

# LONG CREEK FIRE PROTECTION INC
## Bankruptcy Case #24-40185

The following is a Recapitulation of the expenses incurred:

### ADVERTISING EXPENSES:

| | | |
|---|---:|---:|
| Auction Advertising | $ 1,625.63 | |
| Email Blast: 55,271 +/- emails sent 3/18, 3/25, 4/2, 4/9/2024 | 1,000.00 | |
| Catalog/Website Input | 211.25 | |
| **TOTAL ADVERTISING EXPENSES:** | | **$ 2,836.88** |

### ALLOTING & DELIVERY:

| | | |
|---|---:|---:|
| Ismael Flores: 1.5 days @ $300.00./day - Setup | $ 450.00 | |
| 1 day @ $300.00/day - Check out | 300.00 | |
| Expenses | 128.64 | |
| Will Underhill: 3 days @ $350.00/day - Setup | 1,050.00 | |
| 2.5 days @ $350.00/day - Check out | 875.00 | |
| Expenses | 257.28 | |
| **TOTAL ALLOTING & DELIVERY:** | | **$ 3,060.92** |

### INVOICING & ACCOUNTING:

| | | |
|---|---:|---:|
| Pam Ladd: 1 day @ $300.00 per day | $ 300.00 | |
| **TOTAL INVOICING & ACCOUNTING:** | | **$ 300.00** |

### OTHER EXPENSES:

| | | |
|---|---:|---:|
| Insurance Coverage | $ 115.87 | |
| Meals for Workers | 33.22 | |
| **TOTAL OTHER EXPENSES:** | | **$ 149.09** |
| **TOTAL EXPENSES:** | | **$ 6,346.89** |

Exhibit "B"